An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

UNIVERSAL HEALTH SERVICES FOUNDATION D/B/A DESERT SPRINGS HOSPITAL MEDICAL CENTER; AND VALLEY HEALTH SYSTEM, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ABBI SILVER, DISTRICT JUDGE,
Respondents,
and
RENEE MEHANNA, AN INDIVIDUAL AND AS REPRESENTATIVE OF THE ESTATE OF RICHARD CHAMOUN; HELENE SOMO, AN INDIVIDUAL; CHAMILLE CHAMOUN, AN INDIVIDUAL; AND JANINE CHAMOUN, AN INDIVIDUAL,
Real Parties in Interest.

No. 62419

FILED

MAY 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

Pursuant to the stipulation of the parties, this petition for a writ of mandamus or prohibition is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument currently scheduled for June 30, 2014, at 1:30 p.m., is hereby vacated.

It is so ORDERED.

_____, C.J.

14-16143

cc:    Hon. Abbi Silver, District Judge
Bailey Kennedy
Hall Prangle & Schoonveld, LLC/Las Vegas
Ramzy P. Ladah
Wells & Rawlings
Thomas & Springberg, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A